**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**MELVIN DEWAYNE WILLIAMSON, #27502**            **PLAINTIFF**

**VS.**            **CIVIL ACTION NO. 3:09CV37-LRA**

**SHANE LANG AND BART EVANS**            **DEFENDANTS**

## FINAL JUDGMENT

Upon due consideration of the Complaint and the sworn testimony and evidence presented by Melvin Dewayne Williamson ["Plaintiff"] at the trial conducted on November 9, 2009, in this cause, and for the reasons set forth in that Memorandum Opinion and Order entered by the Court on this date;

IT IS, HEREBY, ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice as to Shane Lang and Bart Evans ["Defendants"], and, Final Judgment in favor of these Defendants is hereby entered.

SO ORDERED, this the 26th day of February, 2010.


                                                        S/ Linda R. Anderson
                                              UNITED STATES MAGISTRATE JUDGE